STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
Nevada State Bar Number 9635
Jared L. Grimmer
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
jared.l.grimmer@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:15-cr-00333-RFB |
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |
| COREY MICHAEL LONG, | |
| Defendant. | |

The United States of America, by and through undersigned attorney, respectfully seeks leave of this Court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed on November 24, 2015, (ECF No. 1) against the defendant COREY MICHAEL LONG, in the interest of justice.

On June 2, 2017, this Court granted defendant's motion to suppress evidence (ECF No. 31). The government filed a notice of appeal on June 2, 2017 (ECF No. 69). The appeal has since been dismissed. (ECF No. 90). Based on the status of the case, the government seeks dismissal of the aforementioned indictment.

The defendant is not in custody on the above captioned matter.

Dated this 2nd day of November, 2017.

Respectfully Submitted,

STEVEN W. MYHRE,
Acting United States Attorney

_____/s/_____
JARED L. GRIMMER
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: November 2, 2017.